Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Allison Vana (Bar No. 228282)
AVana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARION, | Case No. C09-05912 MHP |
| Plaintiff, | [PROPOSED] ORDER UPON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and XEROX CORPORATION LONG TERM DISABILITY PLAN, | Assigned to the Honorable Marilyn Hall Patel |
| | Complaint Filed: December 17, 2009 |
| Defendant. | |

The Court, having reviewed the Stipulation to Continue Case Management Conference ("Stipulation") between plaintiff JOHN MARION and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, finds that good cause exists to enter an order approving said Stipulation.

///
///
///
///

1  Accordingly,

2  IT IS HEREBY ORDERED AS FOLLOWS:

3  The Case Management Conference currently set for March 29, 2010 is
4  continued to May 10, 2010, at 4:00 p.m.

7  Dated: 3/11/2010

_____
Honorable
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

2

Case No. C09-05912 MHP
[PROPOSED] ORDER