ORIGINAL

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN **District of** CALIFORNIA

John Marion,

                  Plaintiff (s),

V.

The Prudential Insurance Company of America

                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C09-05912 MHP

Notice is hereby given that, subject to approval by the court, __JOHN MARION__ substitutes
(Party (s) Name)

__Frank N. Darras, DARRASLAW__, State Bar No. __128904__ as counsel of record in
(Name of New Attorney)

place of __Frank N. Darras, Shernoff Bidart Darras Echeverria LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    DarrasLaw

    Address:    3257 East Guasti Road, Suite 300, Ontario, CA 91761

    Telephone:    (909) 390-3770    Facsimile (909) 974-2121

    E-Mail (Optional):    frank@darraslaw.com

I consent to the above substitution.

Date: April 9, 2010

JOHN MARION
(Signature of Party (s))

I consent to being substituted.

Date: February 1, 2010

FRANK N. DARRAS
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: February 1, 2010

FRANK N. DARRAS
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/21/2010

Honorable M

IT IS SO ORDERED
Judge Marilyn H. Patel

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]