1  FRANK N. DARRAS #128904, frank@darraslaw.com
2  LISSA A. MARTINEZ #206994, lmartinez@darraslaw.com
   DARRASLAW
3  3257 East Guasti Road, Suite 300
4  Ontario, CA  91761
   Telephone:  (909) 390-3770
5  Facsimile:   (909) 974-2121
6
7  Attorneys for Plaintiff

8  UNITED STATES DISTRICT COURT
9
10 NORTHERN DISTRICT OF CALIFORNIA

| 11 | JOHN MARION, | Case No.: C09-05912 MHP |
| 12 |  | **PLAINTIFF'S NOTICE OF SETTLEMENT; REQUEST TO TAKE INITIAL CASE MANAGEMENT CONFERENCE OFF CALENDAR; AND ~~(PROPOSED)~~ ORDER** |
| 13 | Plaintiff, |  |
| 14 | vs. |  |
| 15 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, |  |
| 16 |  |  |
| 17 | Defendant. | **Initial Case Management Conference:** <br> Date:   May 10, 2010 <br> Time:   4:00 p.m. <br> Place:  Courtroom 15 |
| 18 |  |  |
| 19 |  |  |
| 20 |  | Date Action Filed: December 17, 2009 |

21
22 TO THE COURT AND ALL INTERESTED PARTIES:
23      PLEASE TAKE NOTICE that the parties hereto have reached an agreement
24 to resolve this action in its entirety.
25      Documents are currently being prepared to finalize the resolution of this
26 matter and the parties anticipate filing a stipulation to dismiss the entire action,
27 each side to bear their own attorney fees and costs within 30 days.
28      Plaintiff also requests that the initial case management conference set for

1  May 10, 2010, at 4:00 p.m. be taken off calendar.

Dated: April 20, 2010

**DarrasLaw**

_/s/ Frank N. Darras_
FRANK N. DARRAS
LISSA A. MARTINEZ
Attorneys for Plaintiff

### ORDER

IT IS SO ORDERED. The Initial Case Management Conference on May 10, 2010, at 4:00 p.m. in Courtroom 15 is vacated.

DATED: April 21, 2010

_____
HONORABLE MARILYN HALL PATEL
Judge of the District Court

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / United States District Court, Northern District of California]*