1  Linda M. Lawson (Bar No. 77130)
   LLawson@mmhllp.com
2  Allison Vana (Bar No. 228282)
   AVana@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY
7  OF AMERICA

8
               UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10

11
   JOHN MARION,                        Case No. C09-05912 MHP
12
              Plaintiff,               STIPULATION OF VOLUNTARY
13                                     DISMISSAL OF ENTIRE ACTION
         vs.                           WITH PREJUDICE PURSUANT TO
14                                     FED. R. CIV. P. 41 (a)(1)(A)
   THE PRUDENTIAL INSURANCE
15 COMPANY OF AMERICA,                 Complaint filed: December 17, 2009

16            Defendant.

17

18

19       IT IS HEREBY STIPULATED by and between Plaintiff JOHN MARION

20 ("Plaintiff") and Defendant THE PRUDENTIAL INSURANCE COMPANY OF

21 AMERICA ("Prudential"), by and through their respective counsel, as follows:

22       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties to this action hereby

23 stipulate to the voluntary dismissal of this case with prejudice. Each Party will bear

24 its own attorneys' fees and costs.

25 ///

26 ///

27 ///

28

110795.1

1

1  The parties seek the Court's approval of the dismissal of the action with
2  prejudice.

4
5  Dated: May 11, 2010

DARRASLAW
FRANK N. DARRAS
LISSA A. MARTINEZ

By: /s/ Frank N. Darras
Frank N. Darras
Attorneys for Plaintiff
JOHN MARION

11  Dated: May 14, 2010

MESERVE, MUMPER & HUGHES LLP
LINDA M. LAWSON
ALLISON VANA

By: /s/ Allison Vana
Allison Vana
Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

1  Linda M. Lawson (Bar No. 77130)
   LLawson@mmhllp.com
2  Allison Vana (Bar No. 228282)
   AVana@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY
7  OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN MARION, | Case No. C09-05912 MHP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| vs. | [F.R.C.P. 41(a)] |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Complaint filed:  December 17, 2009 |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, Case No. C09-05912 MHP, is dismissed in its entirety as to all defendants, with prejudice; and

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

Dated:  5/14/2010         _____
                          Honorable
                          United States

IT IS SO ORDERED
Judge Marilyn H. Patel

110796.1                                    1
                                                    C09-05912 MHP
                                        [PROPOSED] ORDER FOR DISMISSAL